UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLAUDIANA BATISTA SANTIAGO,    )<br>                                     )<br>        Petitioner,     )<br>                                     )<br>     v.                     )<br>                                   )<br>PATRICIA HYDE, et al.,      )<br>                                   )<br>       Respondents.  )<br>                                   ) | Civil Action No.<br>25-13975-FDS |

### ORDER CONCERNING STAY OF DEPORATION OR REMOVAL FROM THE UNITED STATES

**SAYLOR, J.**

      Petitioner Claudiana Batista Santiago, an immigration detainee taken into custody in Massachusetts, has filed, through counsel, a petition for a writ of habeas corpus. To preserve its jurisdiction, on December 24, 2025, the Court ordered that petitioner shall not be transferred or removed outside the District of Massachusetts without advance notice. (Order Concerning Stay Transfer or Removal, Dkt. No. 4). That same day, before becoming aware of the petition or order, ICE transferred petitioner outside of the District without the required notice. (Resp'ts' Notice Inadvertent Transfer, Dkt. No. 6). Petitioner is currently detained in Dilley, Texas. (*Id.*).

      For the reasons stated in the Court's December 24, 2025 Order, while a United States District Court does not generally have jurisdiction to review orders of removal, *see* 8 U.S.C. § 1252(a)(l), (g), it does generally have jurisdiction over habeas petitions, *see* 28 U.S.C. § 2241(a), as well as "jurisdiction to determine its own jurisdiction," *Brownback v. King*, 592 U.S. 209, 218-19 (2021) (quoting *United States v. Ruiz*, 536 U.S. 622, 628 (2002)). Although this Court is without the authority to ultimately determine whether petitioner should be deported,

2

in order to preserve the status quo, the Court hereby ORDERS that respondents shall not deport or otherwise remove petitioner from the United States pending resolution of the petition or as otherwise ordered by the Court.

**So Ordered.**

Dated:  January 2, 2026

/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Court Judge

2